opinion filed November 16, 1948; released for publication December 2, 1948. Philip J. Slotnikoff, for appellant; Samuel Wodika, for appellee; Marvin E. Wodika, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.

## 1400 Lake Shore Drive Corporation, Appellant, v. Sally McAninch, Appellee.

Gen. No. 44,496.

opinion filed November 16, 1948; released for publication December 2, 1948. McCarthy & Levin, for appellant; James W. Cotter, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.